UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEDRO LIZ,

                    Plaintiff,                    24-cv-3739 (JGK)

          - against -                              ORDER

SHAR PRODUCTS COMPANY,

                    Defendant.

---

Pursuant to Federal Rule of Civil Procedure 12(a), the time for the defendant to answer was July 12, 2024. ECF No. 5. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **July 30, 2024**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff is directed to serve a copy of this Order on the defendant and to file proof of such service on the docket by **July 19, 2024**.

SO ORDERED.

Dated:     New York, New York
           July 16, 2024

                                        John G. Koeltl
                                   United States District Judge